IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES McLAUGHLIN, | : | CIVIL ACTION |
| | : | NO. 08-4979 |
| Petitioner, | : | |
| | : | |
| v. | : | |
| | : | |
| ROBERT SHANNON, et al., | : | |
| | : | |
| Respondents. | : | |

**O R D E R**

**AND NOW**, this **22nd** day of **March, 2012,** for the reasons provided in the accompanying Memorandum, it is hereby **ORDERED** that the Application for a Writ of Habeas Corpus (ECF No. 1) is **DENIED** and **DISMISSED with prejudice.** A Certificate of Appealability shall not issue.

**IT IS FURTHER ORDERED** that the Clerk of Court shall mark this case **CLOSED.**

**AND IT IS SO ORDERED.**


s/Eduardo C. Robreno
**EDUARDO C. ROBRENO, J.**